NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RONALD ALEXANDER CASTILLO-ULLOA, AKA Roman Alexander Castillo-Ulloa, AKA Ronaldo Alexander Castillo-Ulloa,

Defendant - Appellant.

No. 23-1544

D.C. No.
2:23-cr-00588-JJT-1

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
John J. Tuchi, District Judge, Presiding

Submitted July 16, 2024**

Before:    SCHROEDER, VANDYKE, and KOH, Circuit Judges.

Ronald Alexander Castillo-Ulloa appeals from the district court's judgment

and challenges his guilty-plea conviction and 30-month sentence for reentry of a

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Castillo-Ulloa's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Castillo-Ulloa the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Castillo-Ulloa waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**